# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERMAINE COLEMAN | CRIMINAL ACTION<br>NO. 15-543 |

## ORDER

**AND NOW**, this 22nd day of October 2021, upon consideration of Jermaine Coleman's Motion for Early Termination of Supervised Release (ECF No. 97), the Government's Response (ECF No. 100), and Coleman's Reply (ECF No. 101), it is **ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.