# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| JERMAINE COLEMAN | NO. 15-543 |

## ORDER

**AND NOW**, this 23rd day of December 2022, upon consideration of Jermaine Coleman's *Pro Se* Motion to Stay (ECF 115) and the Government's Response (ECF 116), it is hereby **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.